# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 930
:
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD :


## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2023, Kiandra D. Steffy, Esquire, Lancaster County, is hereby appointed as a member of the Continuing Legal Education Board for a term ending January 1, 2026.